IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SIMON DAMUS,[1] | § | |
| | § | |
| Petitioner Below, | § | No. 150, 2019 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| DIVISION OF SERVICES FOR | § | File Nos.  17-10-12TN |
| CHILDREN, YOUTH AND THEIR | § | CN17-05598 |
| FAMILIES (DSCYF), | § | Petition Nos. 17-32689 |
| | § | 18-27246 |
| Respondent Below, | § | 19-00209 |
| Appellee. | § | 17-32787 |

Submitted: July 2, 2019
Decided:  July 11, 2019

**O R D E R**

On June 18, 2019, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to pay the Family Court filing fee and transcript fee.  Postal records indicate that the notice to show cause was delivered on June 20, 2019.  The appellant did not respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice